IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH PENNIX | * | |
| v. | * | Civil No. – JFM-16-1262 |
| | * | Criminal No. JFM-96-0289 |
| UNITED STATES OF AMERICA | * | |

******

MEMORANDUM AND ORDER

A Certificate of Appealability is not warranted as it may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (citation and internal quotation marks omitted), or that "the issues presented are adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Buck v. Davis*, ___ U.S. ___, 137 S. Ct. 759, 773-74 (2017). Because this court finds that there has been no substantial showing of the denial of a constitutional right, a Certificate of Appealability will not issue. *See* 28 U.S.C. § 2253(c)(2). Denial of a Certificate of Appealability in the district court does not preclude petitioner from requesting a Certificate of Appealability from the appellate court.

Date: September 5, 2017

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 SEP -8 AM 11:46
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY